## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Shannon Lynn Monz**<br>DOB: 1982; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**26-00536MJ** |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 10, 2026, in the District of Arizona, **Shannon Lynn Monz**, knowing and in reckless disregard of the fact that certain illegal aliens, Roberto Mendoza-Luna and Javier Estrada, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 10, 2026, in the District of Arizona (Sells), Border Patrol Agents (BPAs) were observing traffic on Federal Route (FR) 19. FR 19 is a two-lane highway that travels from Sells, Arizona to Newfield, Arizona. Sells, Arizona is located on the Tohono O'odham Nation (TON), which is located approximately 60 miles west of Tucson, Arizona. Travel is restricted on the TON to SR 86. Any travel off SR86 onto federal routes is restricted and enforced by the Tohono O'odham Police Department (TOPD). Subjects traveling on federal routes are subject to trespassing laws if they are not TON members or given permission by the appropriate TON district. Encountering vehicles that are registered outside of the TON have often been involved in smuggling of narcotics or illegal aliens. At approximately 9:22 p.m., BPAs observed a tan Honda sedan traveling southbound on FR 19 from mile marker (mm) 19.5. BPAs were unable to read the full license plate. At approximately 9:31 p.m., BPAs observed the same vehicle traveling northbound on FR 19. BPAs followed the vehicle and were able to read the license plate. Record checks on the plate revealed the vehicle was registered to an address in Tucson, Arizona. BPAs then observed the Honda slow down and turn on its left turn signal. After travelling a few feet, it turned its turn signal off and continued traveling north. The driver of the vehicle once again turned its left turn signal on and appeared to look for a place to pull over. The vehicle then turned off its turn signal again and continued driving. This became suspicious to BPAs as the driver appeared to be displaying a nervous behavior. BPAs initiated a traffic stop to conduct an immigration inspection. The vehicle yielded onto the northbound shoulder and came to a complete stop near mm 22. As BPAs approached the vehicle, they noticed the rear windows were covered from the inside with black fabric. BPAs made contact with the driver, identified as **Shannon Lynn Monz,** a United States citizen. BPAs were able to see into the back seats through the driver's window and observed two subjects wearing camouflage clothing attempting to conceal themselves with the same fabric from the window coverings.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Roberto Mendoza-Luna and Javier Estrada

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 11, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 5.

Reviewing AUSA: Enderle

**Continued from front page.**

BPAs performed an immigration inspection of the subjects, later identified as Roberto Mendoza-Luna and Javier Estrada. Both subjects admitted to being citizens of Mexico, present in the United States illegally. Record checks revealed neither subject was in possession of the proper documentation to enter, pass through, or remain in the United States. Further checks revealed both subjects were previously deported from the United States. Mendoza-Luna was deported on January 26, 2026, through San Ysidro, California, and Estrada was deported on April 28, 2025, through San Luis, Arizona.

While searching the vehicle, suspected narcotics and drug paraphernalia were located in **MONZ**'s belongings. When questioned, she stated she had methamphetamines and oxycodone. A Border Patrol canine positively alerted to a bag in the trunk of the vehicle. During processing, the substance found in the bag tested positive for characteristics of methamphetamines.

Material witness, Roberto Mendoza-Luna, stated he is a citizen of Mexico, and made arrangements to be smuggled into the United States with a final destination of San Diego, California. He paid $40,000 MXN to be smuggled into the country, and he was going to have to pay more once in the United States but was unsure of how much. He crossed into the United States on May 9, 2026, at approximately 4:00 pm. He crossed with Javier Estrada and followed Estrada, walking through the desert. Estrada guided him to Topawa, Arizona. Upon arriving in Topawa, Arizona, he and Estrada loaded into a vehicle to be driven further north. He did not know the individual driving the car but described the person as a white American female who did not speak Spanish. Once in the vehicle, he sat behind the driver fell asleep on the car ride. He believed that the ride he was getting was part of the arrangements that he made to be smuggled into the United States.

Material witness, Javier Estrada, stated he is a citizen of Mexico and made arrangements to be smuggled into the United States with a final destination of Oceanside, California. He was going to pay $8,000 USD upon arriving there. He crossed into the United States at an unknown location on May 09,2026, at approximately 4:00 p.m. He crossed the border with another person and walked through the desert. He was guided by cell phone by an unknown person to the village of Topawa and instructed him to wait for his ride. He was told the vehicle was going to get to his location and he was going to get into it. A brown or light tan sedan arrived at his location as he was waiting in the brush. He got into the rear passenger seat. Estrada stated that he did not know the individual driving the car but described the person as a female with blond hair, thin build, and white complexion. He believed that the ride he was getting was part of the arrangements that he made to be smuggled into the United States.